IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00005-MOC-WCM

| | |
|---|---|
| DANTE ANTONIA MURPHY ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| CLEVELAND COUNTY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court on Plaintiff's Motion to Stay Initial Attorney Conference (the "Motion," Doc. 49).

On December 22, 2021, Defendant filed its Answer. Doc. 46.

On December 23, 2021, the parties were advised that they were required to conduct an Initial Attorneys Conference and file a Certificate of Initial Attorneys Conference by January 13, 2022.

Also on December 23, 2021, Plaintiff filed a "Motion for Default Judgment Against County of Cleveland and Sanctions Against Cleveland County Commissioner Doug Bridges for Witness Tampering, Bribery, Extortion" (the "Motion for Sanctions," Doc. 47).

In the instant Motion, Plaintiff asks that the requirement for the parties to conduct an Initial Attorneys Conference be stayed pending resolution of the Motion for Sanctions.

1

Having reviewed the Motion for Sanctions and the other filings in this matter, the undersigned is not persuaded that this case should be delayed by the stay of the requirement for the parties to conduct an Initial Attorneys Conference while the District Court considers the Motion for Sanctions.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Stay Initial Attorney Conference (Doc. 49) is **DENIED**.

Signed: January 7, 2022

W. Carleton Metcalf
United States Magistrate Judge