UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-5-MOC-DSC

| | |
|---|---|
| DANTE MURPHY, | ) |
| Plaintiff, | ) |
| vs. | ) |
| CLEVELAND COUNTY, et al., | ) **ORDER** |
| Defendants. | ) |

**THIS MATTER** is before the court on Plaintiff's Objection (#55) to the Magistrate Judge's Opinion and Order Denying Plaintiff's Motion for Default Judgment as to County of Cleveland, and Motion for Sanctions against Cleveland County Commissioner Doug Bridges for Witness Tampering, Bribery, Extortion. (#51).

Finding that the magistrate judge's decision is wholly consistent with current case law, the Court will overrule Plaintiff's Objection and affirm the magistrate judge's Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's Objection to the Magistrate Judge's Order Denying Plaintiff's Motion to Compel (#55) is **OVERRULED,** and the Order Denying Plaintiff's Motion for Default Judgment as to County of Cleveland, and Motion for Sanctions against Cleveland County Commissioner Doug Bridges for Witness Tampering, Bribery, Extortion (#51) is **AFFIRMED**.

Signed: February 4, 2022

Max O. Cogburn Jr.
United States District Judge