UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
1:21-cv-5-MOC-DSC

| | |
|---|---|
| DANTE MURPHY, | ) |
| **Plaintiff, pro se,** | ) |
| vs. | ) |
| CLEVELAND COUNTY, et al., | ) **ORDER** |
| **Defendants.** | ) |

**THIS MATTER** is before the court on Plaintiff's Motion for Reconsider of the Court's Order affirming the U.S. Magistrate Judge's Memorandum and Recommendation and on Plaintiff's Motion to Strike Defendant's discovery disclosures. (Doc. Nos. 59, 60).

Plaintiff's motions are **DENIED** for the reasons stated in Defendant's briefs in response to the motions.

**IT IS SO ORDERED**.

Signed: March 25, 2022

Max O. Cogburn Jr
United States District Judge