UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
1:21-cv-5-MOC-DSC

| | |
|---|---|
| DANTE MURPHY, )<br>)<br>Plaintiff, pro se, )<br>)<br>vs. )<br>)<br>CLEVELAND COUNTY, et al., )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on pro Plaintiff Dante Murphy's Motion for Sanctions under Rule 11 against Attorney Stephanie Webster, (Doc. 63).[1]

Plaintiff's motion is **DENIED** for the reasons stated in Defendant's brief in opposition. See (Doc. No. 64). That is, as Defendant explains in its brief, not only is Plaintiff's motion patently frivolous, but it is also procedurally inappropriate and directly contrary to a prior Order of the Court in this matter.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's Motion for Sanctions against Attorney Stephanie Webster, (Doc. No. 63), is **DENIED**.

Signed: April 25, 2022



Max O. Cogburn Jr
United States District Judge

---

[1] This is the second time Plaintiff has filed a motion for sanctions against attorney Webster in this action. The Court also denied his previous motion.

1